# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**KALTEC INTERNATIONAL, LTD, et al.**

**\* Debtor**

| | |
|---|---|
| Chapter: | **7** |
| Case Number: | **5-88-bk-00014** |
| Document No.: | **2** |
| Nature of Proceeding: | **Petition for Unclaimed Funds** |

## ORDER

     **IT IS HEREBY ORDERED** that the Petition for Unclaimed Funds (Doc. #2)

electronically filed in the above-captioned bankruptcy matter on November 7, 2016, is

approved.

By the Court,

_____

John J. Thomas, Bankruptcy Judge

(CMS)

Date: December 21, 2016