# Notice Recipients

| District/Off: 0314–5 | User: REshelman | Date Created: 12/22/2016 |
|---|---|---|
| Case: 5:88–bk–00014–TCG | Form ID: pdf010 | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| tr | George E. Clark, Jr., Esq | Nogi, Appleton, Weinberger & Wren | 415 Wyoming Avenue | Scranton, PA 18503 |
| cr | Brian J. Dilks | Dilks & Knopik, LLC | 35308 SE Center Street | Snoqualmie, WA 98065 |
| | Chad Kalins | 208 Dirksen Dr | Debary, FL 32713 | |

TOTAL: 3